**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

---

**Short Title:** Baldwin, et al. v. EMI Feist Catalog, Inc.　　　**Docket No.:** 14-182

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Thomas K. Landry

**Firm:** Carey Rodriguez O'Keefe Milian Gonya, LLP

**Address:** 1629 K Street, NW - Suite 300, Washington, DC 20006

**Telephone:** (202) 355-6363　　**Fax:** (202) 355-6377

**E-mail:** tlandry@careyrodriguez.com

**Appearance for:** Gloria Coots Baldwin, Patricia Bergdahl and Christine Palmitessa / Plaintiffs-Appellants
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Jonathan J. Ross / Caplan & Ross, LLP )
(name/firm)

[✔] Substitute counsel (replacing other counsel: Brian D. Caplan / Caplan & Ross, LLP )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

---

**CERTIFICATION**

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

**Signature of Counsel:** /s/ Thomas K. Landry

**Type or Print Name:** Thomas K. Landry